IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNIFER JOHNSON                                                         PLAINTIFF

v.                         CASE NO. 3:16-CV-00311-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

SO ORDERED, this 26th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE