# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JENNIFER JOHNSON**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 3:16-CV-311-BD**

**NANCY A. BERRYHILL, Deputy Commissioner**
**for Operations, performing the duties and functions**
**not reserved to the Commissioner of Social Security**                **DEFENDANT**

## ORDER

Plaintiff Jennifer Johnson has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #18) She seeks fees and expenses in the amount of $3,103.82. The Commissioner does not object to the amount requested. (#20)

Ms. Johnson's motion (#18) is GRANTED, and she is awarded $3,103.82 in fees and expenses, subject to offset if she has outstanding government debt.

DATED this 29th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE